*Elmer E. Roosa* for appellants.

*Alfred Jaretzki* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

WILLIAM C. GREENE, as Receiver of the MERCHANTS' BANK OF LOCKPORT, Appellant, *v.* THE COUNTY OF NIAGARA, Impleaded, etc., et al., Respondents.

*Greene* v. *County of Niagara*, 31 App. Div. 634, affirmed.
(Argued January 15, 1900; decided January 30, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 2, 1898, which affirmed a judgment in favor of defendants, entered upon the report of a referee.

*David Millar* for appellant.

*P. F. King* for County of Niagara, respondent.

*Ellsworth, Potter & Storrs* for Ellsworth, respondent.

Judgment affirmed, with costs to both respondents; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

In the Matter of the Petition of WILLIAM C. CAMP, Appellant and Respondent, for an Accounting by NELSON CROSS, as Executor of the Last Will and Testament of CALVIN B. CAMP, Deceased, General Guardian of Petitioner, Respondent and Appellant.

*Matter of Camp*, 18 App. Div. 110, affirmed.
(Argued January 15, 1900; decided January 30, 1900.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 19, 1897, upon an order which affirmed a decree

of the surrogate of Kings county, modifying the report of a referee.in favor of petitioners and confirming the report as so modified.

*Frederic B. Jennings* for petitioners.

*William C. Beecher* for Nelson Cross, executor, etc.

Judgment and order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

In the Matter of the Probate of the Last Will and Testament of SARAH D. WHEELER, Deceased.

THE MISSIONARY , SOCIETY OF THE · METHODIST · EPISCOPAL CHURCH, Appellant; JOHN W. CRANE, Executor, etc., et al., Respondents.

*Matter of Wheeler*, 32 App. Div. 183, affirmed.
(Argued January 16, 1900; decided January 30, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered February 9, 1899, which affirmed a decree of the surrogate of Saratoga county, construing the last will and testament of Sarah D. Wheeler, deceased.

*Charles S. Lester* for appellant.

*Edwin Countryman* and *Seward A. Simons* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not sitting: LANDON, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PERRIN H. SUMNER, Appellant.

*People* v. *Sumner*, 33 App. Div. 338, affirmed.
(Argued January 16, 1900; decided January 30, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered upon